■ JEAN M. ELLENIS, Appellant, v EMANUEL T. ELLENIS, Respondent.— In a matrimonial action, the plaintiff wife appeals from an order of the Supreme Court, Suffolk County, dated September 5, 1979, which denied her motion to renew her application for increased *pendente lite* relief. Order affirmed, without costs or disbursements. As we have frequently stated, a speedy trial is the most effective remedy for any seeming inequity in an award of support *pendente lite* (see, e.g., *Fitzgibbon v Fitzgibbon,* 74 AD2d 818; *Jones v Jones,* 69 AD2d 875; *Lemme v Lemme,* 63 AD2d 695). Margett, J. P., Martuscello, O'Connor and Weinstein, JJ., concur.

■ MILDRED GOTBETTER, as Administratrix of the Estate of HERBERT GOTBETTER, Deceased, Respondent, v BRADFORD WHITE CORP. et al., Respondents, et al., Defendant, and ROBERTSHAW CONTROLS CO., Appellant.—Appeal from order of the Supreme Court, Queens County, dated November 9, 1979, dismissed. Said order was superseded by the order granting reargument. Order of the same court, dated January 14, 1980, affirmed insofar as appealed from. No opinion. The respondents are awarded one bill of $50 costs and disbursements. Mangano, J. P., Gibbons, Rabin and Gulotta, JJ., concur.